730 A.2d 959

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Maurice PRICE, Petitioner.**

Supreme Court of Pennsylvania.

May 28, 1999.

## AMENDED ORDER

PER CURIAM.

**AND NOW**, this 28th day of May 1999, the petition for allowance of appeal is granted. The order of the Superior Court is reversed and the judgment of sentence is vacated because the common pleas court erred in failing to grant the motion to suppress filed on behalf of Maurice Price. *See Commonwealth v. Matos*, 543 Pa. 449, 672 A.2d 769 (1996).

Justice CASTILLE dissents.